IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CR-83-Z-BR-(4) |
| | § | |
| JUSTIN ROBERT SHEPARD | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On March 5, 2021, the United States Magistrate Judge issued a Report and Recommendation

Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant

Justin Robert Shepard filed no objections to the Report and Recommendation within the fourteen-day

period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of

record in the above referenced cause—including the elements of the offense, Factual Resume, Plea

Agreement, and Plea Agreement Supplement—and thereby determined that the Report and

Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the

United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant

Justin Robert Shepard was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant

Justin Robert Shepard; and ADJUDGES Defendant Justin Robert Shepard guilty of Count One of the

Second Superseding Indictment in violation of 18 U.S.C. § 1955. Sentence will be imposed in

accordance with the Court's sentencing scheduling order.

**SO ORDERED,** March **23**, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE